UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05CR10048RCL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1. LUIS ALBERTO ALDADINO, | ) | |
| a/k/a "BETO", | ) | |
| 2. DAVID ALBA, a/k/a "DAVID | ) | |
| THOMAS ALBA GARCIA", a/k/a | ) | |
| "OMAR GONZALEZ", a/k/a | ) | |
| "JOSELITO", | ) | 21 U.S.C. § 846-- |
| 3. GLENNYS RODRIGUEZ, | ) | Conspiracy to Distribute, |
| 4. MANUEL DISLA, a/k/a "PICHON", | ) | and to Possess with |
| 5. ADNEER GONZALEZ, a/k/a "WILLY", | ) | Intent to Distribute, |
| 6. VICTOR FILPO, | ) | Heroin, |
| a/k/a "EL COMPADRE", | ) | |
| 7. LEOANNY HERNANDEZ, | ) | 21 U.S.C. § 853-- |
| a/k/a "ANNY" | ) | Criminal Forfeiture |
| 8. LUIS OLMO DIAZ, | ) | Allegation |
| 9. ROSA PENA, | ) | |
| 10. JUAN MERCED-TORO, a/k/a "EMILIO | ) | |
| PEREZ", a/k/a "BOTI", | ) | |
| 11. ROSA IRIS VELASQUEZ TEJEDA, | ) | |
| 12. FERMIN HERNANDEZ, | ) | |
| 13. CARLOS RAMIREZ, a/k/a "SUMO", | ) | |
| 14. JOSE NAVARRO, a/k/a "RENE", and | ) | |
| 15. GLADYS ARCE, | ) | |

## INDICTMENT

**COUNT ONE:**   (21 United States Code, Section 846--Conspiracy to
Distribute, and to Possess With Intent to
Distribute, Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or
about December 2003, and continuing thereafter until in or about
January 2005, at Jamaica Plain, Hyde Park, Lynn, and elsewhere in
the District of Massachusetts, in the Bronx, Queens, and
elsewhere in the District of New York, and elsewhere,

```
1.   LUIS ALBERTO ALDADINO, A/K/A "BETO",
2.   DAVID ALBA, a/k/a "DAVID THOMAS ALBA GARCIA", a/k/a
     "OMAR GONZALEZ", a/k/a "JOSELITO",
3.   GLENNYS RODRIGUEZ,
4.   MANUEL DISLA, a/k/a "PICHON",
5.   ADNEER GONZALEZ, a/k/a "WILLY",
6.   VICTOR FILPO, a/k/a "EL COMPADRE",
7.   LEOANNY HERNANDEZ, a/k/a "ANNY",
8.   LUIS OLMO DIAZ,
9.   ROSA PENA
10.  JUAN MERCED-TORO, a/k/a "EMILIO PEREZ", a/k/a "BOTI",
11.  ROSA IRIS VELASQUEZ TEJEDA,
12.  FERMIN HERNANDEZ,
13.  CARLOS RAMIREZ, a/k/a "SUMO",
14.  JOSE NAVARRO, a/k/a "RENE",
15.  GLADYS ARCE,
```

defendants herein, did knowingly and intentionally combine,

conspire, confederate and agree with each other, and with other

persons known and unknown to the Grand Jury, to distribute, and

to possess with intent to distribute, heroin, a Schedule I

controlled substance, in violation of 21, United States Code,

Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved

one kilogram or more of a mixture or substance containing a

detectable amount of heroin, a Schedule I controlled substance,

in violation of 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections

846, 841(a)(1), and 841(b)(1)(A).

-2-

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Count 1 of this

Indictment,

1.   **LUIS ALBERTO ALDADINO, a/k/a "BETO",**
2.   **DAVID ALBA, a/k/a "DAVID THOMAS ALBA GARCIA" a/k/a "OMAR GONZALEZ", a/k/a "JOSELITO",**
3.   **GLENNYS RODRIGUEZ,**
4.   **MANUEL DISLA, a/k/a "PICHON",**
5.   **ADNEER GONZALEZ, a/k/a "WILLY",**
6.   **VICTOR FILPO, a/k/a "EL COMPADRE",**
7.   **LEOANNY HERNANDEZ,**
8.   **LUIS OLMO DIAZ,**
9.   **ROSA PENA**
10.  **JUAN MERCED-TORO, a/k/a "EMILIO PEREZ", a/k/a "BOTI",**
11.  **ROSA IRIS VELASQUEZ TEJEDA,**
12.  **FERMIN HERNANDEZ,**
13.  **CARLOS RAMIREZ, a/k/a "SUMO",**
14.  **JOSE NAVARRO, a/k/a "RENE", and**
15.  **GLADYS ARCE,**

defendants herein, shall forfeit to the United States any and all

property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as a result of such

offenses; and/or any property used or intended to be used, in any

manner or part, to commit, or to facilitate the commission of,

any such violations.

2.    If any of the property described in paragraph 1, above,

as a result of any act or omission of the defendants –

> (a)   cannot be located upon the exercise of due
> diligence;

     (b)   has been transferred or sold to, or deposited
           with, a third party;

     (c)   has been placed beyond the jurisdiction of the
           Court;

     (d)   has been substantially diminished in value; or

     (e)   has been commingled with other property which
           cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

-4-

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
PETER K. LEVITT
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS                March 2, 2005

        Returned into the District Court by the Grand Jurors and
filed.

_____
Deputy Clerk

-5-

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**   **05** CR **1 0 0 4 8** RCL U.S. District Court - District of Massachusetts

Place of Offense:  Lawrence          Category No. II          Investigating Agency _____

City   Lawrence                          **Related Case Information:**

County   Essex                          Superseding Ind./ Inf. _____   Case No. _____
                                        Same Defendant _____   New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Luis Alberto Aldadino _____   Juvenile   ☐ Yes   ☒ No

Alias Name   Beto

Address _____

Birth date (Year only):  1958   SSN (last 4 #): _____   Sex  M  Race: _____   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt                  Bar Number if applicable  565761

Interpreter:   ☒ Yes ☐ No        List language and/or dialect:   _Spanish_

Matter to be SEALED:   ☒ Yes   ☐ No

   ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   3/2/05        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      Luis Alberto Aldadino _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:   Lawrence            Category No.  II            **Investigating Agency**  FBI

City   Essex                    **Related Case Information:**

County  _____    Superseding Ind./ Inf. _____  Case No. _____
                            Same Defendant _____  New Defendant _____
                            Magistrate Judge Case Number _____
                            Search Warrant Case Number _____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   DAVID ALBA            Juvenile  ☐ Yes   ☒ No

Alias Name    DAVID THOMAS ALBA GARCIA; OMAR GONZALES; JOSELITO

Address    112 NEW PARK STREET, APT. 1, LYNN, MA

Birth date (Year only):  1977   SSN (last 4 #):  1016  Sex  M  Race:   Hispanic    Nationality:  Dominican

**Defense Counsel if known:**  _____    **Address:**  _____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt            Bar Number if applicable  565761

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:   Spanish

Matter to be SEALED:    ☒ Yes   ☐ No

      ☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ **Already in Federal Custody as**  _____  in  _____ .
☐ **Already in State Custody**  _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by  _____  on  _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty  ____  ☐ Misdemeanor  ____  ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐      I hereby certify that the case numbers of any prior proceedings before a **Magistrate Judge** are accurately set forth above.

**Date:**  3/2/05      **Signature of AUSA:**  _____

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    DAVID ALBA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence        **Category No.** II        **Investigating Agency** _____

**City** Lawrence _____        **Related Case Information:**

**County** Essex _____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant _____ |
| Magistrate Judge Case Number | _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name  Glennys Rodriguez _____        Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    281 Essex Street, Lynn, MA _____

Birth date (Year only):  1974   SSN (last 4 #):  2453   Sex  F  Race:  Hispanic    Nationality: _____

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt _____        Bar Number if applicable  565761

**Interpreter:**      ☒ Yes ☐ No        List language and/or dialect:    Spanish

**Matter to be SEALED:**      ☒ Yes      ☐ No

☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**    3/2/05      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Glennys Rodriguez _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

℀JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence         **Category No.** II         **Investigating Agency** FBI

**City** Lawrence                **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf. _____ Case No. _____
                                 Same Defendant _____ New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MANUEL DISLA                    Juvenile   ☐ Yes   ☒ No

Alias Name   PICHON

Address   194 FRANKLIN STREET, #1, LYNN, MA

Birth date (Year only): 1978   SSN (last 4 #): 5608   Sex M   Race: Hispanic   Nationality: Dom. Republic

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Peter K. Levitt            **Bar Number if applicable** 565761

**Interpreter:** ☒ Yes ☐ No        **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes   ☐ No

☒ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**   3/2/05            **Signature of AUSA:** _____

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant** _____ MANUEL DISLA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **05 CR 1 0 0 4 8 RCL** **U.S. District Court - District of Massachusetts**

Place of Offense: __Lawrence__    Category No. __II__    **Investigating Agency** _____

**City** __Lawrence__    **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Adneer Gonzalez__    Juvenile ☐ Yes ☒ No

Alias Name __Willie__

Address __1845 Columbus Avenue, Roxbury, MA__

Birth date (Year only): __1981__ SSN (last 4 #): __4690__ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Peter K. Levitt__    **Bar Number if applicable** __565761__

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/2/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   __Adneer Gonzalez__

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**    05 CR 10048 RCL    **U.S. District Court - District of Massachusetts**

Place of Offense: __Lawrence__    Category No. __II__    **Investigating Agency** _____

**City** __Lawrence__    **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Victor Filpo__    Juvenile ☐ Yes ☒ No

Alias Name __El Compadre__

Address __2442 Morris Avenue, #22, Bronx, NY__

Birth date (Year only): __1961__ SSN (last 4 #): __1143__ Sex __M__ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Peter K. Levitt__    Bar Number if applicable __565761__

Interpreter: ☒ Yes ☐ No    List language and/or dialect: _Spanish_

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/2/05__    Signature of AUSA: _[signature]_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Victor Filpo _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Lawrence          Category No.  II          Investigating Agency  FBI

City   Lawrence                          **Related Case Information:**

County     Essex                    Superseding Ind./ Inf.  _____  Case No.  _____
                                    Same Defendant  _____  New Defendant  _____
                                    Magistrate Judge Case Number  _____
                                    Search Warrant Case Number  _____
                                    R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   LEOANNY HERNANDEZ                 Juvenile  ☐ Yes   ☒ No

Alias Name   ANNY

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _F_ Race:  Hispanic     Nationality:  Dom. Republic

**Defense Counsel if known:**  _____          **Address:**  _____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt                 Bar Number if applicable  565761

Interpreter:     ☒ Yes ☐ No          List language and/or dialect:   _Spanish_

Matter to be SEALED:     ☒ Yes   ☐ No

     ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty  _____  ☐ Misdemeanor  _____  ☒ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   3/2/05          Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LEOANNY HERNANDEZ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)
**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Lawrence          **Category No.**  II          **Investigating Agency** _____

**City**  Lawrence                      **Related Case Information:**

**County**  Essex                       Superseding Ind./ Inf. _____  Case No. _____
                                        Same Defendant _____ New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Luis Olmo Diaz                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  98 Forest Hill Street, Jamaica Plain, MA

Birth date (Year only):  1981  SSN (last 4 #):  1815  Sex  M  Race:  Hispanic   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt          **Bar Number if applicable**  565761

**Interpreter:**  ☒ Yes  ☐ No          **List language and/or dialect:**  _Spanish_

**Matter to be SEALED:**  ☒ Yes  ☐ No

   ☒ **Warrant Requested**       ☐ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**  ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  3/2/05          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Luis Olmo Diaz _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

℀JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence          **Category No.** II          **Investigating Agency** FBI

**City** Lawrence                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____ Case No. _____
                                    Same Defendant _____ New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ROSA PENA                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   98 FOREST HILL STREET, JAMAICA PLAIN, MA

Birth date (Year only):  1956  SSN (last 4 #):  1304  Sex  F  Race:  Hispanic    Nationality:  Dom. Republic

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt          **Bar Number if applicable**  565761

**Interpreter:**   ☒ Yes ☐ No          **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☒ Yes   ☐ No

     ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are**
      **accurately set forth above.**

**Date:**    3/2/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROSA PENA    _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **05** CR **1 0 0 4 8** RCL **District Court - District of Massachusetts**

**Place of Offense:** Lawrence          **Category No.** II          **Investigating Agency** FBI

**City** Lawrence                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____ Case No. _____
                                    Same Defendant _____ New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MERCED-TORO                    Juvenile  ☐ Yes  ☒ No

Alias Name   BOTI

Address   304 SEVER STREET, WORCESTER, MA

Birth date (Year only):  1977   SSN (last 4 #):  2050   Sex  M  Race:   Hispanic   Nationality:  PUERTO RICO

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt          **Bar Number if applicable**  565761

**Interpreter:**  ☒ Yes  ☐ No          **List language and/or dialect:**  _Spanish_

**Matter to be SEALED:**  ☒ Yes  ☐ No

   ☒ **Warrant Requested**      ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody**          ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ on _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** ____   ☐ **Misdemeanor** ____   ☒ **Felony**  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**   3/2/05   **Signature of AUSA:**   _Peter K. Levitt_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **JUAN MERCED-TORO** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Lawrence__     Category No. __II__     **Investigating Agency** __FBI__

City __Lawrence__                **Related Case Information:**

County __Essex__

| | | |
|---|---|---|
| Superseding Ind./ Inf. ___ | Case No. ___ | |
| Same Defendant ___ | New Defendant ___ | |
| Magistrate Judge Case Number ___ | | |
| Search Warrant Case Number ___ | | |
| R 20/R 40 from District of ___ | | |

**Defendant Information:**

Defendant Name __ROSA IRIS VELASQUEZ TEJEDA__     Juvenile ☐ Yes  ☒ No

Alias Name ___

Address ___

Birth date (Year only): ___ SSN (last 4 #): ___ Sex _F_ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** ___     **Address:** ___

**Bar Number:** ___

**U.S. Attorney Information:**

AUSA __Peter K. Levitt__     Bar Number if applicable __565761__

Interpreter: ☒ Yes ☐ No     List language and/or dialect: _Spanish_

Matter to be SEALED: ☒ Yes  ☐ No

☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** ___

☐ **Already in Federal Custody as** ___ **in** ___ .
☐ **Already in State Custody** ___ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by ___ **on** ___

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/2/05__     Signature of AUSA: ___

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROSA IRIS VELASQUEZ TEJEDA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense:  Lawrence          Category No.  II          **Investigating Agency** _____

**City**  Lawrence                          **Related Case Information:**

**County**  Essex                     Superseding Ind./ Inf. _____  Case No. _____
                                      Same Defendant _____ New Defendant
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Fermin Hernandez                  Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address   1435 University Avenue. Bronx, NY

Birth date (Year only):  1962   SSN (last 4 #):  1143  Sex  M  Race:  Hispanic   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt          Bar Number if applicable  565761

**Interpreter:**   ☒ Yes  ☐ No          **List language and/or dialect:**  _Spanish_

**Matter to be SEALED:**   ☒ Yes   ☐ No

   ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   3/2/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     <u>Fermin Hernandez</u>

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 USC § 846</u> | <u>Conspiracy To Distribute Heroin</u> | <u>1</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence _____    **Category No.** II _____    **Investigating Agency** _____

**City** Lawrence _____    **Related Case Information:**

**County** Essex _____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Carlos Ramirez _____    Juvenile ☐ Yes ☒ No

**Alias Name** Sumo _____

**Address** _____

**Birth date (Year only):** 1975  **SSN (last 4 #):** _____  **Sex** M **Race:** Hispanic  **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Peter K. Levitt _____    **Bar Number if applicable** 565761

**Interpreter:** ☒ Yes ☐ No        **List language and/or dialect:** _Spanish_

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/2/05    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Carlos Ramirez _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _Lawrence_          **Category No.** _II_          **Investigating Agency** _____

**City**  _Lawrence_____          **Related Case Information:**

**County**   _Essex_____          Superseding Ind./ Inf. _____   Case No. _____
                                      Same Defendant _____   New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _Jose Navarro_____          Juvenile  ☐ Yes  ☒ No

Alias Name   _Rene_____

Address   _162 Blue Ledge Drive, Roslindale, MA_____

Birth date (Year only): _1962_  SSN (last 4 #): _____  Sex _M_ Race: _Hispanic____  Nationality: _Puerto Rican_

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  _Peter K. Levitt_____          **Bar Number if applicable** _565761_

**Interpreter:**  ☒ Yes  ☐ No          **List language and/or dialect:** _Spanish_

**Matter to be SEALED:**  ☒ Yes  ☐ No

   ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on** _____

**Charging Document:**     ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** _3/2/05_          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Navarro _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** 05 CR 1 0 0 4 8 RCL **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** _____

**City** Lawrence    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Gladys Arce    Juvenile ☐ Yes ☒ No

Alias Name _____

Address  5 Intervale Street, Dorchester, MA

Birth date (Year only): 1953  SSN (last 4 #): 8223  Sex F  Race: Hispanic  Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt    **Bar Number if applicable** 565761

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** _Spanish_

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/2/05    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **Gladys Arce** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**