UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05CR10048RCL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| 1. LUIS ALBERTO ALDADINO, ) | |
| a/k/a "BETO", ) | |
| 2. DAVID ALBA, a/k/a "DAVID ) | |
| THOMAS ALBA GARCIA", a/k/a ) | |
| "OMAR GONZALEZ", a/k/a ) | |
| "JOSELITO", ) | 21 U.S.C. § 846-- |
| 3. GLENNYS RODRIGUEZ, ) | Conspiracy to Distribute, |
| 4. MANUEL DISLA, a/k/a "PICHON", ) | and to Possess with |
| 5. ADNEER GONZALEZ, a/k/a "WILLY",) | Intent to Distribute, |
| 6. VICTOR FILPO, ) | Heroin, |
| a/k/a "EL COMPADRE", ) | |
| 7. LEOANNY HERNANDEZ, ) | 21 U.S.C. § 853-- |
| a/k/a "ANNY" ) | Criminal Forfeiture |
| 8. LUIS OLMO DIAZ, ) | Allegation |
| 9. ROSA PENA, ) | |
| 10. JUAN MERCED-TORO, a/k/a "EMILIO) | |
| PEREZ", a/k/a "BOTI", ) | |
| 11. ROSA IRIS VELASQUEZ TEJEDA, ) | |
| 12. FERMIN HERNANDEZ, ) | |
| 13. CARLOS RAMIREZ, a/k/a "SUMO", ) | |
| 14. JOSE NAVARRO, a/k/a "RENE", and) | |
| 15. GLADYS ARCE, ) | |

**INDICTMENT**

**COUNT ONE:**   (21 United States Code, Section 846--Conspiracy to
            Distribute, and to Possess With Intent to
            Distribute, Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or

about December 2003, and continuing thereafter until in or about

January 2005, at Jamaica Plain, Hyde Park, Lynn, and elsewhere in

the District of Massachusetts, in the Bronx, Queens, and

elsewhere in the District of New York, and elsewhere,

```
1.   LUIS ALBERTO ALDADINO, A/K/A "BETO",
2.   DAVID ALBA, a/k/a "DAVID THOMAS ALBA GARCIA", a/k/a
     "OMAR GONZALEZ", a/k/a "JOSELITO",
3.   GLENNYS RODRIGUEZ,
4.   MANUEL DISLA, a/k/a "PICHON",
5.   ADNEER GONZALEZ, a/k/a "WILLY",
6.   VICTOR FILPO, a/k/a "EL COMPADRE",
7.   LEOANNY HERNANDEZ, a/k/a "ANNY",
8.   LUIS OLMO DIAZ,
9.   ROSA PENA
10.  JUAN MERCED-TORO, a/k/a "EMILIO PEREZ", a/k/a "BOTI",
11.  ROSA IRIS VELASQUEZ TEJEDA,
12.  FERMIN HERNANDEZ,
13.  CARLOS RAMIREZ, a/k/a "SUMO",
14.  JOSE NAVARRO, a/k/a "RENE",
15.  GLADYS ARCE,
```

defendants herein, did knowingly and intentionally combine,

conspire, confederate and agree with each other, and with other

persons known and unknown to the Grand Jury, to distribute, and

to possess with intent to distribute, heroin, a Schedule I

controlled substance, in violation of 21, United States Code,

Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved

one kilogram or more of a mixture or substance containing a

detectable amount of heroin, a Schedule I controlled substance,

in violation of 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections

846, 841(a)(1), and 841(b)(1)(A).

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Count 1 of this

Indictment,

1.    **LUIS ALBERTO ALDADINO, a/k/a "BETO",**
2.    **DAVID ALBA, a/k/a "DAVID THOMAS ALBA GARCIA" a/k/a**
      **"OMAR GONZALEZ", a/k/a "JOSELITO",**
3.    **GLENNYS RODRIGUEZ,**
4.    **MANUEL DISLA, a/k/a "PICHON",**
5.    **ADNEER GONZALEZ, a/k/a "WILLY",**
6.    **VICTOR FILPO, a/k/a "EL COMPADRE",**
7.    **LEOANNY HERNANDEZ,**
8.    **LUIS OLMO DIAZ,**
9.    **ROSA PENA**
10.   **JUAN MERCED-TORO, a/k/a "EMILIO PEREZ", a/k/a "BOTI",**
11.   **ROSA IRIS VELASQUEZ TEJEDA,**
12.   **FERMIN HERNANDEZ,**
13.   **CARLOS RAMIREZ, a/k/a "SUMO",**
14.   **JOSE NAVARRO, a/k/a "RENE", and**
15.   **GLADYS ARCE,**

defendants herein, shall forfeit to the United States any and all

property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as a result of such

offenses; and/or any property used or intended to be used, in any

manner or part, to commit, or to facilitate the commission of,

any such violations.

2.    If any of the property described in paragraph 1, above,

as a result of any act or omission of the defendants –

        (a)   cannot be located upon the exercise of due
              diligence;

-3-

      (b)   has been transferred or sold to, or deposited
            with, a third party;

      (c)   has been placed beyond the jurisdiction of the
            Court;

      (d)   has been substantially diminished in value; or

      (e)   has been commingled with other property which
            cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property

described in paragraph 1.

     All in violation of Title 21, United States Code, Section

853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
PETER K. LEVITT
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                March 2, 2005

        Returned into the District Court by the Grand Jurors and
filed.

_____
Deputy Clerk

-5-

%JS 45 (5/97) - (Revised USAO MA 6/29/04)
**Criminal Case Cover Sheet**   **05** CR **1 0 0 4 8** RCL **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** _____

**City** Lawrence    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Luis Alberto Aldadino    Juvenile   ☐ Yes   ☒ No

Alias Name   Beto

Address _____

Birth date (Year only):  1958  SSN (last 4 #): _____  Sex  M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt    **Bar Number if applicable**  565761

**Interpreter:**   ☒ Yes  ☐ No    **List language and/or dialect:**   _spanish_

**Matter to be SEALED:**   ☒ Yes   ☐ No

   ☒ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  3/2/05    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Luis Alberto Aldadino _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

%JS 45 (5/97) - (Revised USAO MA 6/29/04)
05 CR 10048RCL
**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence          **Category No.** II          **Investigating Agency** FBI

**City** Essex                          **Related Case Information:**

**County** _____

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   DAVID ALBA                          Juvenile  [ ] Yes  [X] No

Alias Name   DAVID THOMAS ALBA GARCIA; OMAR GONZALES; JOSELITO

Address   112 NEW PARK STREET, APT. 1, LYNN, MA

Birth date (Year only): 1977  SSN (last 4 #): 1016  Sex M  Race: Hispanic   Nationality: Dominican

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Peter K. Levitt                **Bar Number if applicable** 565761

**Interpreter:** [X] Yes [ ] No     **List language and/or dialect:** Spanish

**Matter to be SEALED:**  [X] Yes  [ ] No

[X] **Warrant Requested**     [ ] **Regular Process**     [ ] **In Custody**

**Location Status:**

**Arrest Date:** _____

[ ] **Already in Federal Custody as** _____ **in** _____ .
[ ] **Already in State Custody** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[ ] **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**  [ ] Complaint  [ ] Information  [X] Indictment

**Total # of Counts:**  [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]     I hereby certify that the case numbers of any prior proceedings before a **Magistrate Judge** are accurately set forth above.

**Date:**  3/2/05      **Signature of AUSA:** _____

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     DAVID ALBA  _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

Place of Offense:  Lawrence          Category No.  II          Investigating Agency _____

City   Lawrence _____          **Related Case Information:**

County    Essex _____          Superseding Ind./ Inf. _____     Case No. _____
                                         Same Defendant          New Defendant
                                         Magistrate Judge Case Number    _____
                                         Search Warrant Case Number      _____
                                         R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name   Glennys Rodriguez _____     Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    281 Essex Street, Lynn, MA _____

Birth date (Year only):  1974   SSN (last 4 #):  2453  Sex  F  Race:   Hispanic ____  Nationality: _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt _____          Bar Number if applicable  565761

Interpreter:        ☒ Yes  ☐ No          List language and/or dialect:       _Spanish_

**Matter to be SEALED:**        ☒ Yes        ☐ No

     ☒ Warrant Requested              ☐ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in  _____  .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on  _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1

**Continue on Page 2 for Entry of U.S.C. Citations**

☞        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:     3/2/05     Signature of AUSA: _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Glennys Rodriguez _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

℀JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MANUEL DISLA     Juvenile   ☐ Yes   ☒ No

Alias Name   PICHON

Address   194 FRANKLIN STREET, #1, LYNN, MA

Birth date (Year only): 1978   SSN (last 4 #): 5608   Sex M   Race: Hispanic   Nationality: Dom. Republic

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Peter K. Levitt     **Bar Number if applicable** 565761

**Interpreter:**   ☒ Yes ☐ No     **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☒ Yes   ☐ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** \_\_\_\_\_ ☐ **Misdemeanor** \_\_\_\_\_ ☒ **Felony**   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**   3/2/05     **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     MANUEL DISLA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**   **05** CR **1 0 0 4 8** RCL   **U.S. District Court - District of Massachusetts**

Place of Offense: __Lawrence__   Category No. __II__   **Investigating Agency** _____

**City**  __Lawrence__   **Related Case Information:**

**County**   __Essex__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Adneer Gonzalez__   Juvenile   ☐ Yes   ☒ No

Alias Name   __Willie__

Address   __1845 Columbus Avenue, Roxbury, MA__

Birth date (Year only): __1981__  SSN (last 4 #): __4690__  Sex __M__  Race: __Hispanic__  Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  __Peter K. Levitt__   Bar Number if applicable  __565761__

**Interpreter:**   ☒ Yes   ☐ No   **List language and/or dialect:** _Spanish_

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** _3/2/05_   **Signature of AUSA:** _____

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Adneer Gonzalez     _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**    05 CR 10048 RCL    **U.S. District Court - District of Massachusetts**

Place of Offense: __Lawrence__    Category No. __II__    **Investigating Agency** _____

**City**  __Lawrence__    **Related Case Information:**

**County**   __Essex__    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Victor Filpo__    Juvenile  ☐ Yes   ☒ No

Alias Name   __El Compadre__

Address   __2442 Morris Avenue, #22, Bronx, NY__

Birth date (Year only): __1961__  SSN (last 4 #): __1143__  Sex __M__  Race:  __Hispanic__   Nationality: __Dom. Republic__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Peter K. Levitt__    Bar Number if applicable  __565761__

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  __Spanish__

Matter to be SEALED:    ☒ Yes   ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __3/2/05__    Signature of AUSA:  _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Victor Filpo _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Lawrence__          Category No. __II__          Investigating Agency __FBI__

City __Lawrence__                    **Related Case Information:**

County __Essex__                    Superseding Ind./ Inf. _____     Case No. _____
                                    Same Defendant _____ New Defendant
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __LEOANNY HERNANDEZ__          Juvenile  ☐ Yes  ☒ No

Alias Name __ANNY__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _F_ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Peter K. Levitt__               Bar Number if applicable __565761__

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:   _Spanish_

Matter to be SEALED:   ☒ Yes   ☐ No

   ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/2/05__          Signature of AUSA: _____

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      LEOANNY HERNANDEZ

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)
**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:   Lawrence        Category No.  II            Investigating Agency _____

City   Lawrence                      **Related Case Information:**

County   Essex                       Superseding Ind./ Inf. _____   Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Luis Olmo Diaz                       Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   98 Forest Hill Street, Jamaica Plain, MA

Birth date (Year only):  1981   SSN (last 4 #):  1815  Sex  M  Race:   Hispanic     Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt                 Bar Number if applicable  565761

Interpreter:      ☒ Yes  ☐ No        List language and/or dialect:      _Spanish_

Matter to be SEALED:      ☒ Yes   ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**      ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**      ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/2/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      Luis Olmo Diaz _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**