JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                              U.S. District Court - District of Massachusetts

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ROSA PENA    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  98 FOREST HILL STREET, JAMAICA PLAIN, MA

Birth date (Year only): 1956    SSN (last 4 #): 1304    Sex F    Race: Hispanic    Nationality: Dom. Republic

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt    Bar Number if applicable  565761

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect: Spanish

Matter to be SEALED:    ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/2/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     ROSA PENA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

&JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet         05 CR 10048 RCL       U.S. District Court - District of Massachusetts

**Place of Offense:** Lawrence          **Category No.** II           **Investigating Agency** FBI

**City** Lawrence                       **Related Case Information:**

**County** Essex                        Superseding Ind./ Inf. _____     Case No. _____
                                        Same Defendant _____            New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** JUAN MERCED-TORO                    **Juvenile** ☐ Yes  ☒ No

**Alias Name** BOTI

**Address** 304 SEVER STREET, WORCESTER, MA

**Birth date (Year only):** 1977   **SSN (last 4 #):** 2050   **Sex** M   **Race:** Hispanic   **Nationality:** PUERTO RICO

**Defense Counsel if known:** _____              **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Peter K. Levitt                **Bar Number if applicable** 565761

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____        ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/2/05       **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    JUAN MERCED-TORO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                                U.S. District Court - District of Massachusetts

**Place of Offense:** Lawrence     **Category No.** II     **Investigating Agency** FBI

**City** Lawrence     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** ROSA IRIS VELASQUEZ TEJEDA     **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ___     **SSN (last 4 #):** ___     **Sex** F     **Race:** Hispanic     **Nationality:** Dom. Republic

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Peter K. Levitt     **Bar Number if applicable** 565761

**Interpreter:** ☒ Yes  ☐ No     **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/2/05     **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     ROSA IRIS VELASQUEZ TEJEDA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** _____

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Fermin Hernandez    Juvenile [ ] Yes [X] No

**Alias Name** _____

**Address** 1435 University Avenue. Bronx, NY

**Birth date (Year only):** 1962   **SSN (last 4 #):** 1143   **Sex** M   **Race:** Hispanic   **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Peter K. Levitt    **Bar Number if applicable** 565761

**Interpreter:** [X] Yes [ ] No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** [X] Yes [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint [ ] Information [X] Indictment

**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/2/05    **Signature of AUSA:** _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Fermin Hernandez

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Lawrence      **Category No.** II      **Investigating Agency** _____

**City** Lawrence      **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Carlos Ramirez          Juvenile  ☐ Yes  ☒ No

Alias Name   Sumo

Address   _____

Birth date (Year only): 1975   SSN (last 4 #): _____   Sex M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt          Bar Number if applicable   565761

Interpreter:  ☒ Yes  ☐ No      List language and/or dialect:  Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/2/05      **Signature of AUSA:** _____

❧JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      Carlos Ramirez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

✤JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** _____

**City** Lawrence    **Related Case Information:**

**County** Essex
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jose Navarro    Juvenile  ☐ Yes  ☒ No

Alias Name   Rene

Address   162 Blue Ledge Drive, Roslindale, MA

Birth date (Year only): 1962   SSN (last 4 #): ____  Sex M  Race: Hispanic   Nationality: Puerto Rican

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt    Bar Number if applicable   565761

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:   _Spanish_

Matter to be SEALED:   ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   3/2/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Navarro

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/29/04)

**05 CR 10048 RCL**

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** _____

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Gladys Arce    Juvenile [ ] Yes   [X] No

Alias Name _____

Address 5 Intervale Street, Dorchester, MA

Birth date (Year only): 1953   SSN (last 4 #): 8223   Sex F   Race: Hispanic   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Peter K. Levitt    **Bar Number if applicable** 565761

**Interpreter:** [X] Yes [ ] No    List language and/or dialect: Spanish

**Matter to be SEALED:** [X] Yes [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint    [ ] Information    [X] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/2/05    **Signature of AUSA:** _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Gladys Arce

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy To Distribute Heroin | 1 |
| Set 2   _____ | _____ | _____ |
| Set 3   _____ | _____ | _____ |
| Set 4   _____ | _____ | _____ |
| Set 5   _____ | _____ | _____ |
| Set 6   _____ | _____ | _____ |
| Set 7   _____ | _____ | _____ |
| Set 8   _____ | _____ | _____ |
| Set 9   _____ | _____ | _____ |
| Set 10  _____ | _____ | _____ |
| Set 11  _____ | _____ | _____ |
| Set 12  _____ | _____ | _____ |
| Set 13  _____ | _____ | _____ |
| Set 14  _____ | _____ | _____ |
| Set 15  _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**