UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1. LUIS ALBERTO ALDADINO,<br>    a/k/a "BETO",<br>2. DAVID ALBA, a/k/a "DAVID<br>    THOMAS ALBA GARCIA", a/k/a<br>    "OMAR GONZALEZ", a/k/a<br>    "JOSELITO",<br>3. GLENNYS RODRIGUEZ,<br>4. MANUEL DISLA, a/k/a "PICHON",<br>5. ADNEER GONZALEZ, a/k/a "WILLY",<br>6. VICTOR FILPO,<br>    a/k/a "EL COMPADRE",<br>7. LEOANNY HERNANDEZ,<br>8. LUIS OLMO DIAZ,<br>9. ROSA PENA,<br>10. JUAN MERCED-TORO, a/k/a "EMILIO<br>    PEREZ", a/k/a "BOTI",<br>11. ROSA IRIS VELASQUEZ TEJEDA,<br>12. FERMIN HERNANDEZ,<br>13. CARLOS RAMIREZ, a/k/a "SUMO",<br>14. JOSE NAVARRO, a/k/a "RENE", and<br>15. GLADYS ARCE, | CR. NO.<br><br>**05CR10048RCL**<br><br>**FILED UNDER SEAL** |

GOVERNMENT'S MOTION TO SEAL

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the Indictment and this motion be sealed (and that no person shall disclose the return of the indictment except where necessary for the issuance and execution of a warrant) until the defendants are in custody in

the above-captioned case and the Court has ordered the matter unsealed.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN

                                  United States Attorney

By:   /s/ Peter K. Levitt
      PETER K. LEVITT
      Assistant U.S. Attorney

March 2, 2005