UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. |
| v. ) | |
| ) | 2005-CR-10048-RCL |
| 1. LUIS ALBERTO ALDADINO, ) | |
| a/k/a "BETO", ) | |
| 2. DAVID ALBA, a/k/a "DAVID ) | **FILED UNDER SEAL** |
| THOMAS ALBA GARCIA", a/k/a ) | |
| "OMAR GONZALEZ", a/k/a ) | |
| "JOSELITO", ) | |
| 3. GLENNYS RODRIGUEZ, ) | |
| 4. MANUEL DISLA, a/k/a "PICHON", ) | |
| 5. ADNEER GONZALEZ, a/k/a "WILLY",) | |
| 6. VICTOR FILPO, ) | |
| a/k/a "EL COMPADRE", ) | |
| 7. LEOANNY HERNANDEZ, ) | |
| 8. LUIS OLMO DIAZ, ) | |
| 9. ROSA PENA, ) | |
| 10. JUAN MERCED-TORO, a/k/a "EMILIO) | |
| PEREZ", a/k/a "BOTI", ) | |
| 11. ROSA IRIS VELASQUEZ TEJEDA, ) | |
| 12. FERMIN HERNANDEZ, ) | |
| 13. CARLOS RAMIREZ, a/k/a "SUMO", ) | |
| 14. JOSE NAVARRO, a/k/a "RENE", and) | |
| 15. GLADYS ARCE, ) | |

## GOVERNMENT'S MOTION FOR INDICTMENT
## TO REMAIN UNDER SEAL PENDING ADDITIONAL INVESTIGATION

On March 2, 2005, a grand jury in this district returned an indictment in the above case. On that same date, the government filed, and the Court allowed, a motion, pursuant to FRCP 6(e)(4), to seal that indictment until the defendants are in custody and the Court has ordered the indictment unsealed. The government hereby moves, pursuant to FRCP 6(e)(4), that the Court Order that the indictment remain under seal for an additional thirty days, or until the defendants are in custody and the government moves

to unseal the indictment, to maintain the confidentiality and integrity of proactive law enforcement investigations in other districts involving some of the defendants in this case.

As grounds for this motion, the government states as follows. The government has delayed the arrest of the defendants in this case because of information it received after the indictment in this case concerning pending investigations in two other federal districts that involve some of the defendants in this case. To maintain the confidentiality and integrity of those investigations, the government requests that the Court Order that the indictment remain under seal for an additional thirty days or until the government moves to unseal the indictment.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN

                    United States Attorney

By:   PETER K. LEVITT
      Assistant U.S. Attorney

March 16, 2005