UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 05-10048-RCL |
| ) | |
| v. ) | |
| ) | |
| 1. LUIS ALBERTO ALDADINO, ) | |
|    a/k/a "BETO", ) | |
| 2. DAVID ALBA, a/k/a "DAVID ) | |
|    THOMAS ALBA GARCIA", a/k/a ) | |
|    "OMAR GONZALEZ", a/k/a ) | |
|    "JOSELITO", ) | |
| 3. GLENNYS RODRIGUEZ, ) | |
| 4. MANUEL DISLA, a/k/a "PICHON", ) | |
| 5. ADNEER GONZALEZ, a/k/a "WILLY", ) | |
| 6. VICTOR FILPO, ) | |
|    a/k/a "EL COMPADRE", ) | |
| 7. LEOANNY HERNANDEZ, ) | |
| 8. LUIS OLMO DIAZ, ) | |
| 9. ROSA PENA, ) | |
| 10. JUAN MERCED-TORO, a/k/a "EMILIO ) | |
|     PEREZ", a/k/a "BOTI", ) | |
| 11. ROSA IRIS VELASQUEZ TEJEDA, ) | |
| 12. FERMIN HERNANDEZ, ) | |
| 13. CARLOS RAMIREZ, a/k/a "SUMO", ) | |
| 14. JOSE NAVARRO, a/k/a "RENE", and ) | |
| 15. GLADYS ARCE, ) | |

GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the indictment in the above captioned matter. In support of this motion, the government states that the indictment was sealed, at the government's request, on March 2, 2005, so that no public disclosure of the filing of the indictment would impede attempts to arrest the defendants. Since most of the above-captioned defendants have now been arrested, and the others are believed to

be out of the country, the government asks that the indictment be unsealed.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN

                                      United States Attorney

By:  PETER K. LEVITT
     Assistant U.S. Attorney

March 31, 2005