AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

**UNITED STATES OF AMERICA**

**WARRANT FOR ARREST**

v.

Case Number:

**GLADYS ARCE**

To:    The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **GLADYS ARCE**
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH  (brief description of offense):

### CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE HEROIN

in violation of Title  **21**  United States Code, Section(s)  **846**

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**

Title of Issuing Officer

Signature of Issuing Officer

**Boston, MA;  MARCH 2, 2005**

Date and Location

Bail fixed at $ _____ BY _____

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | EXECUTED BY INT/ARRAIGNMENT OF THE WARRANT ON 3/30/05 | |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAR -2 P 35