# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2005-10048-RCL-4
                                                          -5
                                                          -6
                                                          -7
                                                          -8
                                                          -9
                                                         -10
                                                          -12
                                                          -13
                                                          -14
                                                          -15

MANUEL DISLA,
ADNEER GONZALEZ,
VICTOR FILPO,
LEOANNY HERNANDEZ,
LUIS OLMO DIAZ,
ROSA PENA,
JUAN MERCED-TORO,
FERNAN HERNANDEZ,
CARLOS RAMIREZ,
JOSE NAVARRO,
GLADYS ARCE,
       Defendants.

# ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/2/2005 - Indictment returned.

3/30/2005 - Initial Appearance (Disla, Diaz, Pena, Arce)

3/31/2005 - 5/13/2005 - Excluded as per 18 U.S.C. § 3161(h)(3)(B)(7)

5/13/2005 - Arraignment (Filpo, Hernandez)

5/14 - 6/10/2005 - Excluded as per L.R. 112.2(A)(2)

5/19/2005 - Conference held.

5/20 - 8/15/2005 -    Excluded as per 18 U.S.C. §3161(h)(1)(F).

Thus, as of August 15, 2005, no (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 20, 2005.