# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                CRIMINAL NO. 2005-10048-RCL-4
                                                                -5
                                                                 -6
                                                                 -7
                                                                 -8
                                                                 -9
                                                                 -10
                                                                 -12
                                                                 -13
                                                                 -14
                                                                 -15

MANUEL DISLA,
ADNEER GONZALEZ,
VICTOR FILPO,
LEOANNY HERNANDEZ,
LUIS OLMO DIAZ,
ROSA PENA,
JUAN MERCED-TORO,
FERNAN HERNANDEZ,
CARLOS RAMIREZ,
JOSE NAVARRO,
GLADYS ARCE,
           Defendants.

# REPORT AFTER
# INITIAL STATUS CONFERENCE
# PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Initial Status Conference was held on May 19, 2005; counsel for the defendants were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) The time is extended to the close of business on June 17, 2005.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3) No.

(4) All no non-discovery type motions shall be filed and served *on or before the close of business on Monday, August 15, 2005;* the Government shall respond within the time provided by the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) It is unknown whether or not a trial will be necessary; a trial would last two weeks.

(7) The Final Status Conference is set for *Friday, July 15, 2005 at 11:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as

follows:

 (1) *See* ¶¶ (1)-(4), *supra*.

 (2) It does not.

 (3) None.

 (4) *See* Order of Excludable Delay entered this date.

 (5) Not applicable.

          /s/ Robert B. Collings
          ROBERT B. COLLINGS
          United States Magistrate Judge

May 20, 2005.