UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )   CR. NO. 05-10048-RCL
        v.               )
                         )
LUIS ALBERTO ALDADINO, ET AL. )
                         )

## JOINT INITIAL STATUS REPORT

The United States of America and the defendants, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. **Local Rule 116.3 Timing Requirements**

At this time the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

2. **Expert Discovery**

The government anticipates that, unless there is a stipulation regarding the controlled substances involved in this case, it will offer expert testimony regarding the narcotics seized in this case. The defendant does not presently request expert discovery, but reserves its right to seek such discovery pending disclosure of trial witnesses by the government.

3. **Additional Discovery**

Other than with respect to the two defendants transferred to Massachusetts late last week (Victor Filpo and Leoanny Hernandez), all Rule 16 and automatic discovery materials have been provided or made available to defendant's counsel. With respect to Filpo and Hernandez, all Rule 16 and automatic

5/19/05
N Russo

discovery materials were sent to defense counsel by mail on May 16, 2005.

4. **Motion Date**

The government proposes that all motions be filed on or before June 30, 2005, and any responses be served by July 14, 2005. Defense counsel requests the opportunity to discuss a motion date at the May 19, 2005 status conference.

5. **Speedy Trial Act**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 3/30/05-5/19/05 | Gov't.'s motions for detention for various defendants; detention hearings; and continued detention hearings |
| 5/19/05-date of Final status | Excluded as set forth above |

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

6. **Anticipated Trial**

The United States estimates that a trial would last two weeks.

7. **Final Status Conference**

The parties request that a Final Status Conference be scheduled for July 7, 2005, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By:   *[signature]*
      PETER K. LEVITT
      Assistant U.S. Attorney
      (617) 748-3355


FOR THE DEFENDANTS,

GLADYS ARCE

*[signature]*

Michael Andrews, Esq.
21 Customs House
Boston, MA 02110
617-951-0072


ROSA PENA

*[signature]*

Carlos J. Dominguez, Esq.
232 Commercial Street
Boston, MA 02109
617-742-2824


LUIS DIAZ

*Lenore Glaser/rls*

Lenore Glaser, Esq.
25 Kingston Street
Boston, MA 02111
617 753-9988

-3-

CARLOS RAMIREZ

_____
Joseph J. Voccola, Esq.
454 Broadway
Providence RI 02909
401 751 3900


MANUEL DISLA

_____
Randy S. Chapman, Esq.
Chapman & Chapman
111 Everett Avenue
Suite 2A
Chelsea, MA 02150
617 884 6400


JUAN MERCED

_____
William Keefe, Esq.
390 Centre St.
Jamaica Plain, MA 02130
617 983 9200


JOSE NAVARRO

_____
Robert L. Sheketoff, Esq.
One McKinley Square
Boston, MA 02109
617 367 3449

-4-

ADNEER GONZALEZ


_____
J. Thomas Kerner, Esq.
230 Commercial Street
First Floor
Boston, MA 02109
617 720 5509


VICTOR FILPO

*Eliot M. Weinstein by Victoria M. Bonilla*
_____
Eliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA  02110
617 367 9334


LEOANNY HERNANDEZ

*Victoria M. Bonilla*
_____
Victoria M. Bonilla, Esq.
77 Central Street, 2nd Fl.
Boston, MA 02109
617 350 6868


FERMIN HERNANDEZ

_____
Keith S. Halpern
4 Longfellow Place, 37th Floor
Boston, MA 02114
617-722-9952


Dated: May 19, 2005