UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-10048 RCL

UNITED STATES OF AMERICA
v.
LUIS ALBERTO ALDADINO, et al

**EX PARTE MOTION FOR INTERIM PAYMENTS TO APPOINTED COUNSEL**

The undersigned attorneys, all appointed by this Court pursuant to 18 U.S.C. § 3006A, move this Honorable Court to authorize interim payments in the above entitled action for themselves and all others so situated.

This is a multi-defendant drug conspiracy with volumes of wiretap and surveillance evidence to review. If it goes to trial, it will take at least two weeks to try. As this is a complex case and, it would cause serious financial hardship to appointed counsel if required to wait until the case is resolved in the District Court before submitting a payment voucher. Because of the complexity of this case, the expected length of the trial in this case, and the anticipated hardship on counsel in undertaking representation for an extended period without compensation, the attorneys ask that the Court order interim payments to be filed at intervals of at least three months. Further, the procedures described below, adopted from paragraph 2.30 A of the <u>Guidelines for the Administration of the Criminal Justice Act</u> should apply.

Counsel will submit to the clerk, at regular intervals of three months, an interim CJA Form 20, "Appointment of and Authority to Pay Court Appointed Counsel." Compensation earned and reimbursable expenses incurred during this interval will be claimed on an interim voucher. The first interim voucher submitted shall reflect all compensation claimed and reimbursable expenses incurred from the date of appointment to the date of this order and shall be submitted forthwith. Each

voucher shall be numbered in series and include the time period each covers. Interim vouchers will be submitted in accordance with this schedule even though little or no compensation or expenses are claimed for the respective period. All interim vouchers will be supported by detailed and itemized time and expense statements. Chapter II, Part C of the <u>Guidelines for the Administration of the Criminal Justice Act</u> outlines the procedures and rules for claims by CJA attorneys and shall be followed regarding each voucher.

At the conclusion of the representation, counsel will submit a final cumulative voucher seeking payment for representation provided during the last interim period.

WHEREFORE, the parties move that the Court grant this motion.

Respectfully Submitted,

| | |
|---|---|
| LUIS OLMO DIAZ<br>By his attorney, | GLADYS ARCE<br>By her attorney, |
| /s/ Lenore Glaser | /s/ Michael Andrews |
| Lenore Glaser, Esq.<br>25 Kingston Street, 6th Floor<br>Boston, MA 02111<br>(617) 753-9988<br>BBO #: 194220 | Michael Andrews, Esq.<br>21 Customs House Street<br>Boston, MA 02210<br>(617) 951-0072 |
| ADNEER GONZALEZ<br>By his attorney, | VICTOR FILPO<br>By his attorney, |
| /s/ Raymond E. Gillespie | /s/ Elliot M. Weinstein |
| Raymond E. Gillespie, Esq.<br>875 Massachusetts Avenue, Suite 32<br>Cambridge, MA 02139<br>(617) 661-3222 | Elliot M. Weinstein, Esq.<br>228 Lewis Wharf<br>Boston, MA 02110<br>(617) 367-9334 |
| LEOANNY HERNANDEZ<br>By her attorney, | |
| /s/ Victoria M. Bonilla-Argudo<br>Victoria M. Bonilla-Argudo, Esq.<br>77 Central Street, 2nd Floor<br>Boston, MA 02109 | Dated: June 6, 2005 |

(617) 350-6868

Case 1:05-cr-10048-RCL    Document 80    Filed 06/06/2005    Page 3 of 3

3

(617) 350-6868