# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                           CRIMINAL NO. 2005-10048-RCL-4
                                                  -5
                                                  -6
                                                  -7
                                                  -8
                                                  -9
                                                  -10
                                                  -12
                                                  -13
                                                  -14
                                                  -15

MANUEL DISLA,
ADNEER GONZALEZ,
VICTOR FILPO,
LEOANNY HERNANDEZ,
LUIS OLMO DIAZ,
ROSA PENA,
JUAN MERCED-TORO,
FERNAN HERNANDEZ,
CARLOS RAMIREZ,
JOSE NAVARRO,
GLADYS ARCE,
           Defendants.

# ORDER FOR FURTHER FINAL STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

Counsel are directed to report for a Further Final Status Conference pursuant to Local Rule 116.5(C) on *WEDNESDAY, SEPTEMBER 14, 2005 at 11:30 A.M.* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, *on or before the close of business on MONDAY, SEPTEMBER 12, 2005,* a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and*, no later than 12 Noon on TUESDAY, SEPTEMBER 13, 2005,* file[1] An updated joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 15, 2005.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.