# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                               CRIMINAL NO. 2005-10048-RCL-4
                                                        -5
                                                        -6
                                                        -7
                                                        -8
                                                        -9
                                                       -10
                                                       -12
                                                       -13
                                                       -14
                                                       -15

MANUEL DISLA,
ADNEER GONZALEZ,
VICTOR FILPO,
LEOANNY HERNANDEZ,
LUIS OLMO DIAZ,
ROSA PENA,
JUAN MERCED-TORO,
FERNAN HERNANDEZ,
CARLOS RAMIREZ,
JOSE NAVARRO,
GLADYS ARCE,
        Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

7/15/2005 - Conference held.

7/16 - 9/13/2005 -   Continuance granted to enable counsel for the defendants to complete their review of the recordings. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of September 13, 2005, no (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 15, 2005.