UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05-10048-RCL |
| ) | |
| GLADYS ARCE, ET AL, ) | |
| Defendant. ) | |
| ) | |

## INFORMATION

**COUNT ONE:**    (Title 21, United States Code, Section 851 --
           Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about November 19, 1997, GLADYS ARCE was convicted in the West Roxbury District Court, in Massachusetts, of Possession of a Class A Substance with Intent to Distribute or Manufacture, in violation of M.G.L. c. 94C § 32A. A copy of the Judgment of Conviction of West Roxbury District Court, Docket Number 9706 CR 2749, is attached as Exhibit 1.

2. GLADYS ARCE has been named as a defendant in an Indictment, numbered 05-10048-RCL, charging her with conspiracy to distribute heroin.

3. By way of this information, the government notifies GLADYS ARCE that she is charged with committing the crime alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

1

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

/s/ Peter K. Levitt
PETER K. LEVITT
Assistant U.S. Attorney

August 30, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by regular mail on Michael Andrews, counsel for GLADYS ARCE.

/s/ Peter K. Levitt
PETER K. LEVITT
Assistant U.S. Attorney

August 30, 2005