UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CR. NO. 05-10048-RCL
v. )
)
LUIS ALBERTO ALDADINO, ET AL. )
)

### FINAL STATUS REPORT

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Final Status Conference scheduled for September 14, 2005.

1. <u>Outstanding Discovery Issues</u>

There are no outstanding discovery motions or issues.

2. <u>Additional Discovery</u>

No party anticipates producing any additional discovery.

3. <u>Insanity/ Public Authority Defenses</u>

None of the defendants intend to raise a defense of insanity or public authority.

4. <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic Discovery Letter. No response has been received to that request. *Defendant Luis Diaz has responded with a request for specifics.*

5. <u>Motions</u>

The defendants do not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but are reserving their rights to file other pretrial motions that could require a ruling by the District Court.

UNITED STATES DISTRICT COURT
DIST. OF MASS.
FILED IN OPEN COURT
DATE  9/14/05
N. Russo
Deputy Clerk

6.  Scheduling

Two of the defendants, Leoanny Hernandez and Francisco Arias, a/k/a "Juan Merced-Toro", have pled guilty. The government is engaged in plea discussions with other defendants. In this respect, defendant Manuel Disla requests that, with respect to him, the Court schedule a further final status conference in 30 days. Defendant Disla and the government agree that this time is excludable from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8).

Last week, this Court granted the motion of Victor Filpo for new appointed counsel. As of this date, new counsel has not been appointed for Victor Filpo. The government requests that the time from September 14, 2005, until counsel for defendant Filpo is appointed and appears for a status conference be excluded from all calculations under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8).

7.  Speedy Trial Act

Per this Court's Order of Excludable Delay, dated July 15, 2005, as of September 13, 2005, no excludable days had occurred.

8.   Length of Trial

In the event that a trial is required, the parties estimate that it will last approximately two weeks.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN

                              United States Attorney

By:   PETER K. LEVITT
      Assistant U.S. Attorney
      (617) 748-3355


FOR THE DEFENDANTS,

GLADYS ARCE

Michael Andrews, Esq.
21 Customs House
Boston, MA 02110
617-951-0072


ROSA PENA

Carlos J. Dominguez, Esq.
232 Commercial Street
Boston, MA 02109
617-742-2824

LUIS DIAZ

_____
Lenore Glaser, Esq.
25 Kingston Street
Boston, MA 02111
617 753-9988


CARLOS RAMIREZ

for _____
Joseph J. Voccola, Esq.
454 Broadway
Providence RI 02909
401 751 3900


MANUEL DISLA

_____
Randy S. Chapman, Esq.
Chapman & Chapman
111 Everett Avenue
Suite 2A
Chelsea, MA 02150
617 884 6400


JOSE NAVARRO


_____
Robert L. Sheketoff, Esq.
One McKinley Square
Boston, MA 02109
617 367 3449

ADNEER GONZALEZ

_____
Raymond E. Gillespie, Esq.
875 Massachusetts Avenue, Suite 32
Cambridge, MA 02139


VICTOR FILPO

_____


FERMIN HERNANDEZ

_____
Keith S. Halpern
4 Longfellow Place, 37th Floor
Boston, MA 02114
617-722-9952

Dated: September 14, 2005