```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
     v.                  )
                         )    Cr. No. 05-10048-RCL
JOSE NAVARRO             )
   Defendant.            )
```

**INFORMATION**

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
                 Notice of Prior Conviction)

The United States Attorney Charges that:

   1.   On or about October 23, 1991, JOSE NAVARRO was convicted in the Dorchester District Court in Massachusetts, Dkt. # 9006CR2171A, possession with intent to distribute a Class A controlled substance, in violation of Mass. Gen. L. 94C, §32

   2.   On or about June 11, 1993, JOSE NAVARRO was convicted in the Dorchester District Court in Massachusetts, Dkt. # 9307CR3668A, of manufacturing, distributing and dispensing a Class A controlled substance, in violation of Mass. Gen. L. 94C, §32.

   3.   On or about October 21, 1994, JOSE NAVARRO was convicted in the Dorchester District Court in Massachusetts, Dkt. #s 9307CR5010A-B, of possession with intent to distribute a Class A substance, and of conspiracy to violate the controlled substances act, in violation of Mass. Gen. L. 94C, §32.

   4.   On or about October 21, 1994, JOSE NAVARRO was convicted in the Dorchester District Court in Massachusetts, Dkt. #s 9407CR0897A-C, of manufacturing, distributing and dispensing a

Class A controlled substance; possession with intent to distribute a Class B controlled substance; and conspiracy to violate the controlled substances act, in violation of Mass. Gen. L. 94C, §32.

    5.   On or about October 26, 1995, JOSE NAVARRO was convicted in the Roxbury District Court in Massachusetts, Dkt. #s 9502CR7778A-C, of manufacturing, distributing and dispensing a Class A controlled substance; possession with intent to distribute a Class A controlled substance; and conspiracy to violate the controlled substances act, in violation of Mass. Gen. L. 94C, §32.

    6.   JOSE NAVARRO has been named as a defendant in an indictment numbered 05-10048-RCL. The indictment charges that JOSE NAVARRO did knowingly and intentionally combine, conspire and agree with the named co-defendants and other persons, known and unknown to the Grand Jury, to possess with intent to distribute, and distribute heroin, a Schedule I controlled substance and that the conspiracy involved over one kilogram of a mixture and a substance containing a detectable amount of heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

    7.   By way of this information, the government notifies JOSE NAVARRO, that he is charged with committing the crimes alleged in said indictment after having been previously convicted of a felony drug offense as set out in paragraphs 1 through 5 above.

    All in keeping with Title 21, United States Code, Section

851(a)(1).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         BY:/s PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney

Dated: October 17, 2005