# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.　　　　　　　　　　　　CRIMINAL NO. 2005-10048-RCL-4
    　　　　　　　　　　　　　　　　　　　　　　　-5
    　　　　　　　　　　　　　　　　　　　　　　　-6
    　　　　　　　　　　　　　　　　　　　　　　　-8
    　　　　　　　　　　　　　　　　　　　　　　　-9
    　　　　　　　　　　　　　　　　　　　　　　　-12
    　　　　　　　　　　　　　　　　　　　　　　　-13
    　　　　　　　　　　　　　　　　　　　　　　　-14
    　　　　　　　　　　　　　　　　　　　　　　　-15

MANUEL DISLA,
ADNEER GONZALEZ,
VICTOR FILPO,
LUIS OLMO DIAZ,
ROSA PENA,
FERNAN HERNANDEZ,
CARLOS RAMIREZ,
JOSE NAVARRO,
GLADYS ARCE,
    Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

9/14/2005 - Conference held.

9/15 - 10/16/2005 -   Continuance granted so that counsel for the defendants Gonzalez and Filpo may review the Government's discovery. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

10/17/2005 - Conference held.

10/18 -11/2/2005 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F) (defendants Gonzalez and Filpo).

Thus, as of November 2, 2005, no (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 18, 2005.