# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                          CRIMINAL NO. 2005-10048-RCL-4
                                                    -5
                                                    -6
                                                    -9
                                                    -12
                                                    -14
                                                    -15

MANUEL DISLA,
ADNEER GONZALEZ,
VICTOR FILPO,
ROSA PENA,
FERMIN HERNANDEZ,
JOSE NAVARRO,
GLADYS ARCE,
        Defendants.

## FURTHER ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    11/3/2005 - Conference held.

    11/4 -/27/2005 -    Continuance granted so that counsel for the

>defendant Filpo may review the tapes recently disclosed by the Government with his client. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial. (Filpo).

11/28/2005 - Conference held.

11/29/2005 - 1/9/2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(F). (Filpo).

Thus, as of January 9, 2006, no (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 28, 2005.