# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
**PRETRIAL SERVICES**

**JOHN R. RILEY**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-929-9940
FAX: 508-929-9944

February 14, 2006

Honorable Reginald C. Lindsay
U.S. District Court Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

                                                  **RE:**    **ARCE, Gladys**
                                                               CR# 05-10048-15 RCL
                                                               Release Status letter

Dear Judge Lindsay:

This letter is provided to Your Honor as an update of Ms. Arce's status while on pretrial release. Ms. Arce appeared before Magistrate Judge Robert B. Collings on March 30, 2005, following an Indictment charging her with Conspiracy to Possess With Intent to Distribute Heroin. Ms. Arce was detained pending a motion by the Government and a detention hearing was scheduled. On March 31, 2005, Ms. Arce appeared before Magistrate Judge Collings and was released on Personal Recognizance with the following conditions:

1. Telephone Pretrial Services each Monday by noon
2. Refrain from illegal drug use
3. Refrain from alcohol use
4. Submit to random drug testing
5. Surrender passport within 24 hours and do not apply for any other passport
6. Maintain residence
7. Sign any releases necessary to monitor substance abuse treatment
8. Travel is restricted to Massachusetts
9. Notify Pretrial within 24 hours of any new arrests
10. Statutory conditions of release

## COMPLIANCE

Ms. Arce has reported for drug testing when requested. She has notified Pretrial Services with any changes of address or telephone. On November 18, 2005, the Division of Boston Housing moved Ms. Arce as she was considered "over housed" in her present apartment. They downsized her to a single bedroom apartment at 2 Waverly Street, Apartment #102, Roxbury, MA. Her daughter resides in an apartment in the same building.

## SUBSTANCE ABUSE TREATMENT

Ms. Arce had been attending a methadone clinic at the Shattuck Hospital Roxcomp/MAT program in Jamaica Plain for the past year. She continues with this attendance while on pretrial release. Ms. Arce has voluntarily requested that the methadone clinic begin the long detoxification process for methadone use. She has been insistent with her methadone counselor to continue lowering her dose of methadone, even when it meant that she would experience some physically uncomfortable weeks. Ms. Arce did this utilizing the support of ADCARE outpatient services, 14 Beacon Street, Boston. In July, 2005, Ms. Arce was allowed to participate in the "take home" methadone program so that she would not have to report daily.

Ms. Arce's first appointment at ADCARE outpatient was on April 6, 2005. She missed this appointment and rescheduled. She missed a few more in the beginning. However, from that time on, Ms. Arce has consistently attended all her treatment sessions. She attended the Intensive Outpatient Program initially, which consisted of three, three-hour sessions. She was then referred to the Early Recovery Group, which met twice weekly for one and one-half hours. Mr. William Sullivan, Group Leader at ADCARE, indicated that Ms. Arce has made progress in her commitment to her recovery. She has begun to verbally participate more frequently and has taken on a leadership role within the group. Ms. Arce has voluntarily attended a weekly Hispanic therapy group at the Latino Hispanic Institute (LHI) on Tuesday evenings. She has enjoyed developing a recovery network that includes sober Hispanics. Ms. Arce appears more confident and self assured and has been active in caring for her grandchildren.

State and Federal records indicate that there have been no new arrests or outstanding warrants. The above information is provided to Your Honor for consideration at the Rule 11 hearing regarding continued bail for Ms. Arce.

Respectfully submitted,

Judith Oxford,
Drug/Alcohol Treatment Specialist

Honorable Reginald C. Lindsay          Page 3          February 14, 2006
U.S. District Court Judge
RE:   ARCE, Gladys


CC:   Peter Levitt, AUSA
      Michael Andrews, Esq.

Reviewed by: _____

      Basil Cronin, Supervising
      Pretrial Services Officer

Honorable Reginald C. Lindsay          Page 3          February 14, 2006
U.S. District Court Judge
RE:   ARCE, Gladys


CC:   Peter Levitt, AUSA
      Michael Andrews, Esq.

Reviewed by: _____

      Basil Cronin, Supervising
      Pretrial Services Officer