### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 05-10048-RCL |
| v. | ) | |
| | ) | |
| LUIS ALBERTO ADLADINO, et al. | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States

Attorney for the District of Massachusetts, will be appearing on

behalf of the United States of America in this action.


MICHAEL J. SULLIVAN
United States Attorney


By:  /s/ Nancy Rue
     PETER K. LEVITT
     NANCY RUE
     Assistant U.S. Attorneys


### CERTIFICATE OF SERVICE


I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF).

 /s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

Date:    March 21, 2006