# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PRETRIAL SERVICES

JOHN R. RILEY
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-929-9940
FAX: 508-929-9944

June 22, 2006

Honorable Reginald C. Lindsay
U.S. District Court Judge
U.S. District Court
1 Courthouse Way
Boston, MA 02210

RE:  ARCE, Gladys
     CR# 05-10048-15
     Release Status Letter

Dear Judge Lindsay:

This letter is provided to the Court as an update of Ms. Arce's compliance while on Pretrial Release. On March 30, 2005, Ms. Arce appeared before Honorable Robert B. Collings, U.S. Magistrate Judge, following an Indictment charging her with Conspiracy to Possess With Intent to Distribute Heroin. Ms. Arce was initially detained upon a motion by the Government. However, on March 31, 2005, Magistrate Judge Collings released Ms. Arce on Personal Recognizance and the following conditions of release:

1. Report to Pretrial as directed
2. Refrain from illegal drug use
3. Refrain from alcohol use
4. Submit to random drug testing (give a drug test before her release on 3/31/05)
5. Surrender passport w/in 24 hours and not to apply for any other
6. Maintain residence
7. Sign any releases necessary to monitor substance abuse treatment
8. Travel is restricted to Massachusetts
9. Notify Pretrial within 24 hours of any new arrests
10. Statutory conditions of release

12. Participate in substance abuse treatment as directed


On February 14, 2006, Pretrial Services provided the Court with a Release Status Letter that described Ms. Arce's compliance from her release on March 31, 2005 until her Rule 11 hearing on February 14, 2006. The letter indicated that Mr. Arce was involved in substance abuse treatment at ADCARE Services, 14 Beacon Street, Boston, Latino Hispanic Institute and Shattuck Hospital MAT Methadone program. The following is an update to her treatment routine.

<u>Substance abuse treatment</u>

In March, 2006, Ms. Arce developed a cyst on her ovaries which resulted in severe medical pain. She began to curtail her activities to the point where she didn't leave the house. She stopped her attendance at Latino Hispanic Institute during this time. Ms. Arce had completed her withdrawal from methadone around March 14, 2006 and was no longer involved with the Shattuck Methadone clinic.

Initially, Pretrial Services excused Ms. Arce from her meetings at ADCARE and for several drug tests while she was meeting with doctors and scheduling her medical procedures. However, Ms. Arce stopped calling the Pretrial Services Color Code program completely and stopped reporting for drug testing in addition to her weekly ADCARE appointments. Pretrial Services requested medical reports that would confirm that she was unable to attend <u>any</u> of these appointments. Ms. Arce did not submit any medical documentation. Ms. Arce was not drug tested from the end of April 1, 2006 until June 20, 2006. She returned to ADCARE (following Pretrial Services' instruction) on May 10, 2006. Ms. Arce began individual sessions as she found it difficult to sit in a group setting. Since that time, she has not missed any further appointments. Ms. Arce reported that she does not attend any Alcoholics or Narcotics Anonymous meetings in the community.

Mr. William Sullivan has been meeting individually with Ms. Arce at ADCARE. He reports her treatment participation as positive. He stated that while attending the group she participated fully and her responses were helpful to other group members. Now that she has switched to individual sessions, her treatment has focused on remaining abstinent from drug use and disconnecting herself from people who were a part of her past lifestyle.

Ms. Arce reports to Pretrial Services when her color is called for drug testing. She submitted to a drug test on June 20, 2006 and the result was negative. Ms. Arce cares for her granddaughter and is actively supportive towards her daughter. She has not been able to focus on employment because of her medical issues and because of her child care obligations. Ms. Arce would benefit greatly by attending Alcoholics and Narcotics Anonymous meetings in the community. This would allow her to develop a newer and more positive peer group and offer her continued help in gaining recovery strategies that will enhance her abstinence.

Honorable Reginald C. Lindsay     Page 2     June 22, 2006
U.S. District Court Judge
RE: ARCE, Gladys

State and Federal records indicate no new arrests or warrants. The above information is provided for Your Honor's consideration at sentencing.

JAO
cc: Peter Levitt, AUSA
   Michael Andrews, Esq.

Reviewed by: _____
   Basil Cronin, Supervising
   Pretrial Services Officer